UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURENCE M. ADAMS,<br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON,<br>Defendant. | C.A. NO.: 1:07-cv-10698-RGS |

## DEFENDANT CITY OF BOSTON'S
## DECLARATION OF INTENT

As requested by order of this Court dated September 9, 2008, the City of Boston hereby files this Declaration of Intent. The City of Boston hereby states that if a judgment is returned against one or more Boston Police Officers for any alleged violation of Laurence Adam's constitutional rights, should such be proven at a trial in this matter, the City of Boston will satisfy a judgment to the extent permitted by law and in accordance with M.G.L.c. 258 Section 9. By filing this Declaration, the City of Boston does not waive its right of appeal and expressly reserves any and all appellate rights to challenge the validity of an adverse judgment.

**Defendant,
CITY OF BOSTON,**
By its attorneys,


/s/ Hugh R. Curran
Hugh R. Curran (BBO# 552623)
Bletzer and Bletzer, PC
300 Market Street
Brighton, MA 02135
(617) 254-8900
hcurran@bletzerlaw.com


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the ___ day of August, 2008, I electronically filed with within document with the Clerk of the United States District Court for the District of Massachusetts, using the CM/ECF System. The following participants have received notice electronically:

**For Plaintiff Laurence M. Adams,**
John J. Barter
83 Atlantic Avenue
Boston, MA 02110-3711
barterJ@msn.com


/s/ Hugh R. Curran